IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL ACEVEDO,

      Plaintiff,

v.                                                                                     No. 15cv873 KG/KK

PRESBYTERIAN HEALTHCARE SERVICES et al.,

      Defendants.

## FINAL ORDER

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**